USDC SCAN INDEX SHEET










JPP    5/2/06    10:47
3:06-CR-00831    USA V. MUNOZ
*1*
*CRINFO.*

ORIGINAL



FILED
APR 27 2006
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'06 CR 0831 — JAH

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | |
| BENJAMIN MUNOZ III | ) | Title 18, U.S.C., Sec. 1832(a)(2) - Theft of Trade Secrets |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about September 26, 2005, within the Southern District of California, defendant BENJAMIN MUNOZ III, knowingly and without authorization accessed and copied by printing a trade secret owned by TB Penick and Sons, Inc., that is, documents related to a bid prepared for submission by TB Penick and Sons, Inc., upon a contract for concrete-related construction services for the Otay Ranch Town Center, a commercial project in interstate and foreign commerce, with intent to convert the trade secret to the economic benefit of Progressive

//

MDD:mdd:San Diego
03/15/06

1 

Concrete, Inc., and intending and knowing that TB Penick and Sons, Inc. would be injured by this offense, in violation of Title 18, United States Code, Section 1832(a)(2).

DATED: April 17, 2006

                        CAROL C. LAM
                        United States Attorney

                        */s/ Mitchell D. Dembin*
                        MITCHELL D. DEMBIN
                        Assistant U.S. Attorney